DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEITH RICHARD SPRESSER,

        Defendant.

Case No. 2:17-cr-00136-JAD-PAL

### STIPULATION TO CONTINUE SENTENCING
(First Request)

**IT IS HEREBY STIPULATED AND AGREED,** by and between Andrew Duncan, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that the sentencing currently scheduled for September 18, 2017, be continued at least ninety (90) days, and that it be set for a date and time convenient to the court. This Stipulation is entered into for the following reasons:

    1.    Part of Mr. Spresser's plea agreement calls for Two Hundred Forty-Nine Thousand Dollars ($249,000) to be ordered as restitution.

    2.    Mr. Spresser is working hard to gather funds so that he can make a substantial good faith payment on his restitution at the time of sentencing.

    3.    The undersigned has spoken to Mr. Spresser and he has no objection to this request for a continuance.

/ / /

4. The additional time requested herein is not sought for purposes of delay.

**DATED** this 22nd day of August, 2017.

                           /s/
                     DAVID T. BROWN, ESQ.
                     Counsel for Defendant

                           /s/
                     ANDREW DUNCAN, ESQ.
                     United States Attorney

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEITH RICHARD SPRESSER,

        Defendants.

2:17-cr-00136-JAD-PAL

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Part of Mr. Spresser's plea agreement calls for Two Hundred Forty-Nine Thousand Dollars ($249,000) to be ordered as restitution.

2. Mr. Spresser is working hard to gather funds so that he can make a substantial good faith payment on his restitution at the time of sentencing.

3. Defense counsel has spoken to Mr. Spresser and he has no objection to this request for a continuance.

4. The additional time requested herein is not sought for purposes of delay.

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

**IT IS FURTHER ORDERED** that the Monday, September 18, 2017, sentencing be vacated and continued to December 18, 2017, at the hour of 10:00 a.m. in Courtroom 6D.

DATED this 23rd day of August, 2017.

_____
JENNIFER A. DORSEY
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 22nd day of August, 2017, the **STIPULATION TO CONTINUE SENTENCING** was electronically served upon all attorneys of record in this matter.

BY: /s/
David T. Brown
Nevada Bar No. 6914
520 S. Fourth Street, #320
Las Vegas, Nevada 89101